13β
FILED 14 FEB '13 09:40 USDC-ORP

**UNDER SEAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

JOHN DOE,
 a.k.a. Gerardo Luna-Rodriguez,
 a.k.a. Juan Luis Pulido,
 a.k.a. Pariente
ALEJANDRO TORRES-OCEGUERA,
 a.k.a. Cholo
PEDRO CERVANTES-URBINA,
ADRIAN RAMIREZ-CASTANEDA,
 a.k.a. Guero
HIPOLITO MARTINEZ-OROZCO,
 a.k.a. Jaracho
GUILLERMO VELA-AGUIRRE,
 a.k.a. Patillas,
LUIS F. GONZALEZ-GONZALEZ,
 a.k.a. Chivo, and
SHARRON ANN SHORTRIDGE,
 a.k.a. Prima,
 a.k.a. Muchacha,

   Defendants.

CASE NO. 3:13-cr-00059-MO

**INDICTMENT**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846 and 853

**UNDER SEAL**

///

## THE GRAND JURY CHARGES:

### Count 1
[Conspiracy to Distribute and Possess with Intent to
Distribute Methamphetamine and Heroin]

On or about and before September 21, 2012, the exact date being unknown to the grand jury, and continuing until on or about February 13, 2013, in the District of Oregon and elsewhere,

JOHN DOE,

a.k.a. Gerardo Luna-Rodriguez,

a.k.a. Juan Luis Pulido,

a.k.a. Pariente

ALEJANDRO TORRES-OCEGUERA,

a.k.a. Cholo

PEDRO CERVANTES-URBINA,

ADRIAN RAMIREZ-CASTANEDA,

a.k.a. Guero

HIPOLITO MARTINEZ-OROZCO,

a.k.a. Jaracho

GUILLERMO VELA-AGUIRRE,

a.k.a. Patillas,

LUIS F. GONZALEZ-GONZALEZ,

a.k.a. Chivo, and

///

SHARRON ANN SHORTRIDGE,

a.k.a. Prima,

a.k.a. Muchacha,

defendants herein, and other persons whose identities are known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree to achieve the following objects of the conspiracy:

### Objects of the Conspiracy

A.  To Distribute and Possess with Intent to Distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and,

B.  To Distribute and Possess with Intent to Distribute 1 kilogram or more of a mixture and substance containing a detectable amount of Heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

///

///

///

**Criminal Forfeiture Allegation:**
[Narcotics Offense]

Upon conviction of the controlled substance offense listed above,

JOHN DOE,

a.k.a. Gerardo Luna-Rodriguez,

a.k.a. Juan Luis Pulido,

a.k.a. Pariente

ALEJANDRO TORRES-OCEGUERA,

a.k.a. Cholo

PEDRO CERVANTES-URBINA,

ADRIAN RAMIREZ-CASTANEDA,

a.k.a. Guero

HIPOLITO MARTINEZ-OROZCO,

a.k.a. Jaracho

GUILLERMO VELA-AGUIRRE,

a.k.a. Patillas,

LUIS F. GONZALEZ-GONZALEZ,

a.k.a. Chivo, and

SHARRON ANN SHORTRIDGE,

a.k.a. Prima,

a.k.a. Muchacha,

defendants herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

DATED this 13 day of February 2013.

A TRUE BILL.

Presented by:

S. AMANDA MARSHALL, OSB # 953473
United States Attorney
District of Oregon

*/s/ Scott M. Kerin*
SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

*/s/ Stacie F. Beckerman*
STACIE F. BECKERMAN, OSB # 062397
Assistant United States Attorney